AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

JAMES J. VILT JR.,
CLERK

1/29/21

**U.S. DISTRICT COURT**
WESTERN DISTRICT OF KENTUCKY

## UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA   )
            v.   )
                            )   Case No.   3:21MJ-53
                            )
ADDAM TURNER   )
    *Defendant*

### CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of December 28, 2020 in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 875(c) | Interstate Threats |

This criminal complaint is based on these facts:

[X]    Continued on the attached sheet

SA _____
*Complainant's signature*

Date:    January 29, 2021

Joshua Powers, Special Agent FBI

*Sworn to before me and signed by telephone.*

Date:    January 29, 2021

Colin H Lindsay, Magistrate Judge

United States District Court

City and State: Louisville, Kentucky

Colin H. Lindsay, U.S. Magistrate Judge
*Printed Name and Title*

*APG/JDJ (AUSA initials)*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Joshua Powers, Special Agent, (hereinafter "Affiant"), having been  duly sworn, hereby depose and state:

1. Affiant is an investigative or law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to make arrests.

2. I am a Special Agent with the Federal Bureau of Investigation, (hereinafter "FBI"), and have been since July 2020. Your Affiant is currently assigned to the Joint Terrorism Task Force at the FBI's Louisville Field Office. Affiant graduated from the FBI Academy in Quantico, Virginia as a Special Agent. Affiant has received training in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant application, and various other investigative techniques. Prior to becoming a Special Agent with the FBI, your affiant was employed with the West Virginia State Police as a sworn law enforcement officer for approximately nine years where I enforced criminal laws and participated in several complex investigations. I hold a Bachelor's degree in Criminal Justice from West Virginia State University.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is submitted in support of application for a criminal complaint and arrest warrant, it does not include every fact known concerning this investigation. It does, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

4. Based on my training and experience and the facts as set forth in this affidavit, there is

1

probable cause to believe that violation of Title 18, United States Code, Section 875(c) (Interstate Threat) has been committed by Addam TURNER.

5. Title 18, United States Code, Section 875(c) prohibits transmission "in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## BACKGROUND

6. On December 25, 2020, members of United Pharaoh's Guard (UPG), including TURNER, were present and participated in a caravan protest in the area of St. Matthews, Kentucky, just outside of Louisville, Kentucky. St. Matthews Police Department (SMPD) conducted a brief prior to responding to the caravan and began to shadow the vehicles involved. Protester caravans often involve protesters using vehicles and getting out on foot to illegally block roads, harassing vehicles not involved in the protests, and engaging in other illegal activities.

7. UPG is a Boogaloo Bois ("BB") ideology. "Boogaloo" is a term referencing a violent uprising or impending civil war. The term is sometimes used by militia extremists and racially or ethnically motivated violent extremists (RMVE), who allude to it using shorthand such as "big igloo" or "big luau" and imagery such as igloos or Hawaiian shirts. The term has particularly resonated with militia extremists, who have adopted it to reference an impending politically-motivated civil war or uprising against the government following perceived incursions on Constitutional rights—including the Second Amendment—or other perceived government overreach. Some RMVEs have used the term to reference an impending race war—or other conflict—that will lead to

2

the collapse of the "system," including the United States government, society, etc. The Boogaloo is not a single cohesive group but rather a loose concept arising from Internet platforms which has become a rallying point for some extremists.

## PROBABLE CAUSE

8.  On Friday, December 25, 2020, members of United Pharaoh Guard ("UPG"), including TURNER, were present and participated in a caravan protest in the area of St. Matthews, Kentucky, just outside of Louisville, Kentucky. St. Matthews Police Department (SMPD) conducted a brief prior to responding to the caravan and began to shadow the vehicles involved. ██████ ██████ ██████ [1]followed the caravan for several miles and witnessed several traffic violations and dangerous behavior. ██████████ initiated a traffic stop on the caravan's two lead vehicles. ██████████ was speaking with the drivers of those vehicles and heard a SMPD officer giving loud verbal commands to TURNER to not cross the road towards SMPD officers. TURNER was observed in the 200 block of North Hubbards Lane, St. Matthews, Kentucky, wielding an AR-pistol with an additional handgun holstered on his person. TURNER was observed placing the safety of the AR-pistol into the fire position then placing his right index finger inside the trigger guard and onto the trigger. TURNER ignored loud verbal commands to remove his hand from this position, putting officers on scene in fear of imminent physical danger and injury. TURNER finally complied. While officers attempted to place TURNER into custody, TURNER used physical force against arresting officers acting under official authority. TURNER was arrested by SMPD for menacing (misdemeanor)

---

[1] The complaint has been redacted to remove the identity of the victim to be filed. An unredacted copy was shown to the court.

and resisting arrest (misdemeanor). Officer May was the arresting officer and ▇▇▇▇▇

▇▇▇▇▇ assisted with the arrest.

9. TURNER used a Twitter profile with a display name of "Profane812" and a user name

of @ProfaneRedacted (Twitter ID 467224398). This profile was created in January

2012. The Twitter account's Bio section suggests "Profane812" is a member of UPG and

is located in or around Louisville, Kentucky.

10. Affiant has knowledge of TURNER and believes the photos posted to the account to be

him. On or about December 28, 2020, "Profane812" tweeted the following:



11. The above Twitter post shows ███████████, SMPD, with red crosshairs drawn on his head, along with smoke, skull, and flame emojis with what appears to be an anarchy symbol. ███████████ assisted in the arrest of TURNER on December 25, 2020.  The post has since been deleted and TURNER's Twitter account has been suspended.

12. Below are screen shots from TURNER's Facebook "Addam Jusstin" and Twitter account "@ProfaneRedacted" indicating he commented on St. Matthews Police Department Facebook page following his arrest. The Twitter and Facebook profile picture are the same picture of TURNER. TURNER also had his Twitter account linked from his Facebook page prior to the Twitter account being shutdown. The display name for TURNER's Facebook page is "Addam Jusstin." Database and records check show true name for TURNER to be "Addam Jusstin Turner" which is a unique way to spell "Addam" and "Jusstin."





13. Special Agent Peter Summers and Task Force Officer Wesley Claxon interviewed ████████████ in reference to the incident. ████████████ advised on January 2nd, 2021, he was notified by SMPD Officer Larry Cushman that TURNER had posted something about him on TURNER's Twitter account (the Twitter post from TURNER being referenced is the screen shot included in section 10). ████████████ stated that after watching the UPG group behavior, including actions taken by the group on December 25, 2020, his first response to the tweet was to "take it seriously." Because of the threat, SMPD adopted a partner system which requires its officers to operate in pairs at all times, including responding to all runs with a partner. ████████████ advised he has taken this threat communicated by TURNER via Twitter very seriously, is much more security conscious about his home and his family.

14. I know that Twitter, 1355 Market St., Suite 900, San Francisco, California, is a microblogging and social networking service. Twitter operates globally via the Internet, and materials posted by TURNER to Twitter thus constitute transmission of threat to injure the person of another in interstate commerce, The photograph TURNER posted of ████████████ with red crosshairs drawn on his head, along with smoke, skull, and flame emojis in the text portion of the post, demonstrates intent and is a feasible threat to injure ████████████ communicated via interstate commerce through the use of TURNER's Twitter account.

15. Based on the above facts and circumstances as well as this Affiant's training and experience, Affiant states that there is probable cause to believe that **ADDAM TURNER** has committed violations of Title 18, USC Section 875(c), Interstate threatening communications.

Respectfully submitted,

SA

Joshua Powers
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me by telephone on January_____, 2021 in accordance with Fed. R. Crim. P. 41(d)(3).

January 29, 2021

Colin H Lindsay, Magistrate Judge

United States District Court