USDC KYWD   - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                                                      **CRIMINAL ACTION NUMBER: 3:21-MJ-53**

**ADDAM TURNER**                                                            **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on February 18, 2021 to conduct a detention hearing.

### APPEARANCES

| | |
|---|---|
| For the United States: | Joshua D. Judd, Assistant United States Attorney |
| For the defendant: | Defendant Addam Turner - Present and in custody<br>Chastity R. Beyl, Assistant Federal Defender - Present |
| Court Reporter: | Digitally recorded |

The Court having heard sworn witness testimony and arguments from counsel as to the matter of detention and for the reasons fully stated on the record,

**IT IS HEREBY ORDERED** that the defendant is detained and shall remain in custody pending further order of the Court.

This 18th day of February, 2021     **ENTERED BY ORDER OF THE COURT:**
                                                                 **REGINA S. EDWARDS**
                                                                  **UNITED STATES MAGISTRATE JUDGE**
                                                                  **JAMES J. VILT, JR., CLERK**
                                                                  **BY: s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation
         Counsel for Defendant

2|00C